UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHELLE POLITTE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:12CV02100 AGF/DDN |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

Plaintiff is the prevailing party in this action. The matter is now before the Court on her motion for attorney's fees in the amount of $3,299.67 (15.1 hours at an hourly rate of $187.75; 0.6 hours at an hourly rate of $187.75; 3.1 hours at an hourly rate of $100.00; and 0.7 hours at an hourly rate of $60.00), pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). Having assigned to her attorney any right to receive the EAJA payment, Plaintiff requests that the fee award be made payable to her attorney. The Commissioner states that she does not object to the award of fees in the amount requested, but that the fees are properly payable to Plaintiff.

The Court finds that Plaintiff is entitled to an award of fees and that the amount requested is reasonable and supported by appropriate documentation. However, under *Astrue v. Ratliff*, 130 S. Ct. 2521 (2010), the fee award is payable to Plaintiff, rather than to her attorney.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's motion for attorney's fees is **GRANTED** in the amount of $3,299.67.  (Doc. No. 30.)

**IT IS FURTHER ORDERED** that said award shall be made payable to Plaintiff.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 28th day of March, 2014.